Martin Zurada (SBN 218235)
Mark Freeman (SBN 293721)
VENARDI ZURADA LLP
101 Ygnacio Valley Road, Suite 100
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile:    (925) 937-3905
mzurada@vzlawfirm.com
mfreeman@vzlawfirm.com

Attorneys for Plaintiff
TANNER MONTIERTH

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated November 22, 2023

# IN THE US DISTRICT COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| TANNER MONTIERTH,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>SOUTHWEST AIRLINES,<br><br>　　　　Defendant. | Case No. 23-cv-00597-MMC<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |

　　TO THE HONORABLE COURT:

　　Plaintiff Tanner Montierth ("Plaintiff") and Defendants Southwest Airlines Co. (collectively, "Defendants") hereby stipulate that all claims between them be dismissed with prejudice pursuant Fed.R.Civ.P. 41(a)(ii). Each party shall bear their or its own attorneys' fees and costs.

　　IT IS SO STIPULATED.

DATED:  November 15, 2023　　　　　　　　　　　GORDON REES SCULLY MANSUKHANI

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marcie Fitzsimmons

- 1 -

**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER**
CASE NO.: 23-cv-00597-MMC

|   |   |
|---|---|
|   | Marcie Fitzsimmons<br>Attorneys for Defendants<br>Southwest Airlines Co. |

DATED: November 15, 2023                    VENARDI ZURADA LLP


     /s/Martin Zurada
Martin Zurada
Attorneys for Plaintiff
Tanner Montierth

*Filer's Attestation*: Martin Zurada hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

- 2 -

**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER**
CASE NO.: 23-cv-00597-MMC